## CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE KORMAN          May 26, 2006          TIME: 11:30AM

CR- 05-556          DEFT NUMBER:

DEFT NAME:     JUAN HERRERA

☑present     __ not present     x cust.          __ bail

DEFENSE COUNSEL:          DONALD VOGELMAN

☑present     __ not present     CJA  RET.     LAS

A.U.S.A.:   AMY BUSA                          CLERK: PaulaMarie Susi

E.S.R.: ʟᴏᴀɴ                          OTHER:

INT: (LANG.-     )

✓     CASE CALLED.   __     SENTENCING ADJ'D TO_____.

✓     SENTENCING HELD.   ✓ STATEMENTS OF DEFT AND COUNSEL HEARD.

✓     DEFT SENTENCED ON COUNT(S)_____

SENTENCE TEXT:

_CAG 60 mos; 5yrs SR conds; $100 SA._

RMG OPEN COUNTS ARE DISMISSED ON     ✓     GOVTS MOTION

                                       __     COURTS MOTION

__     *COURT ADVISED DEFT OF RIGHT TO APPEAL.*   __   I.F.P. GRANTED.

✓     *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*

✓     DEFT REMANDED.          __     DEFT ON BAIL PENDING APPEAL.

✓     **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**

OTHER:

     No Objection.