IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF __New York__

District: __Eastern__

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 0 6 2006 ★
BROOKLYN OFFICE

United States of America,

vs.

__Juan Herrera__
Defendant.

Case No. __05 CR 556 (ERK)__

*******************************************************************
NOTICE OF APPEAL
*******************************************************************

Defendant hereby notifies this Court of his intent to appeal the decision entered against him on __5-26-06__ (date).

_Juan Herrera_

CERTIFICATE OF SERVICE

Defendant hereby confirms that a copy of this Notice was sent to the Assistant United States Attorney, __Amy Busa__, __One Pierrepont Plaza, Brooklyn, NY 11201__ (address) by regular U.S. Mail, on this the __31__ day of __May__, 2006.

_Juan Herrera_